James E. Torgerson (Bar No. 8509120)
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: (907) 277-1900
Facsimile: (907) 277-1920
jetorgerson@stoel.com

Attorneys for Defendant
Alaska Native Tribal Health Consortium Health &
Welfare Plan

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHERYL MOON,<br><br>          Plaintiff,<br><br> v.<br><br>UMR, INC. and ALASKA NATIVE TRIBAL HEALTH CONSORTIUM HEALTH & WELFARE PLAN,<br><br>          Defendants. | Case No.: 3:13-cv-00140-TMB<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

   Plaintiff Cheryl Moon and Defendants UMR, Inc. and Alaska Native Tribal Health Consortium Health and Welfare Plan, through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that the above-captioned action be dismissed with prejudice. Each party will each bear the party's own costs and attorneys' fees, except as otherwise agreed between the parties.

//

//

//

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Moon v. UMR, Inc., et al.*, 3:13-cv-00140-TMB
Page 1 of 3

DATED: September 12, 2014

FLANIGAN & BATAILLE

By:/s/ Michael W. Flanigan *(consent)*
   MICHAEL W. FLANIGAN
   (BAR NO. 7710114)

Attorneys for Plaintiff

DATED: September 12, 2014

LANE POWELL LLC

By:/s/ Brewster H. Jamieson *(consent)*
   BREWSTER H. JAMIESON
   (BAR NO. 8411122)
   PETER C. PARTNOW
   (BAR NO. 7206029)

Attorneys for Defendant UMR, Inc.

DATED: September 12, 2014

STOEL RIVES LLP

By:/s/ James E. Torgerson
   JAMES E. TORGERSON
   (BAR NO. 8509120)

   Attorneys for Defendant
   Alaska Native Tribal Health Consortium
   Health & Welfare Plan

STOEL RIVES LLP
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900 Fax (907) 277-1920*

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Moon v. UMR, Inc., et al.*, 3:13-cv-00140-TMB
Page 2 of 3

Case 3:13-cv-00140-TMB Document 38 Filed 09/12/14 Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2014, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in this Case No. 3:12-cv-00140-TMB who are registered CM/ECF users will be served by the CM/ECF system.

/s/ James E. Torgerson
James E. Torgerson

76908055.1 0009312-00004

**STOEL RIVES LLP**
510 L Street, Suite 500, Anchorage, AK 99501
*Main (907) 277-1900   Fax (907) 277-1920*

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Moon v. UMR, Inc., et al.*, 3:13-cv-00140-TMB
Page 3 of 3
Case 3:13-cv-00140-TMB   Document 38   Filed 09/12/14   Page 3 of 3